IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL J. FEGANS,
ADC #079097                                                                                            PLAINTIFF

v.                                                    4:03CV00172HDY

LARRY NORRIS, et al.                                                                                DEFENDANTS

## ORDER

The Court has received findings and recommendations dated November 8, 2004 from Magistrate Judge H. David Young. Prior to ruling on the recommendation the Court granted the Defendants' motion for a stay of these proceedings. On this date, the Court lifted the stay and re-opened discovery.

The Court finds that the proposed findings and recommendation, recommending that Plaintiff's motion for partial summary judgment be denied, should be and hereby are adopted in their entirety.

IT IS, THEREFORE ORDERED that Plaintiff's motion for partial summary judgment on the kosher diet issue, (Docket # 104) is DENIED.

IT IS SO ORDERED this 7th day of September, 2005.

_____
UNITED STATES DISTRICT JUDGE