**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MICHAEL J. FEGANS                                                PLAINTIFF

VS.                                        NO: 4:03CV00172

LARRY NORRIS, et. al.                                            DEFENDANTS

<u>**JUDGMENT**</u>

Pursuant to the Findings of Fact and Conclusions of Law entered on this date, Judgment
is hereby entered in favor of Plaintiff, Michael J. Fegans in the amount of one thousand five
hundred dollars, $1,500.00, against Separate Defendant Larry Norris in his individual capacity
for violations of Plaintiff's right to receive a Kosher diet.  Judgment is entered in favor of
Defendants on all remaining claims.

IT IS SO ORDERED this 25th day of August, 2006.

James M. Moody
United States District Judge